# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0298
LT Case No. 05-2025-IN-18513
_____

KATIE O'NEAL,

    Appellant,

    v.

BREVARD COUNTY, A POLITICAL
SUBDIVISION OF THE STATE OF
FLORIDA,

    Appellee.

_____


On appeal from the County Court for Brevard County.
Jonathan Skinner, Judge.

Laura L. Parker, of Ali & Blankner, Orlando, for Appellant.

Sarah Beazley, of Office of the County Attorney, Viera, for
Appellee.

July 21, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____